COLIN M. RUBICH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: Colin.Rubich@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. BONIFACIO MEDINA and STEPHEN MICHAEL MILLER, Defendants. | CR 17-146-BLG-SPW<br><br>INDICTMENT<br><br>CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count I)<br>Title 21 U.S.C. § 846<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release)<br><br>POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count II)<br>Title 21 U.S.C. § 841(a)(1)<br>Title 18 U.S.C. § 2<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |

THE GRAND JURY CHARGES:

## COUNT I

That beginning in approximately January 2014, and continuing until on or about August 21, 2015, at Miles City, and other locations in the State and District of Montana and elsewhere, the defendants, BONIFACIO MEDINA and STEPHEN MICHAEL MILLER, knowingly and unlawfully conspired and agreed with each other and with other persons, known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That beginning in approximately January 2014, and continuing until on or about August 21, 2015, at Miles City, in the State and District of Montana, the defendants, BONIFACIO MEDINA and STEPHEN MICHAEL MILLER, knowingly possessed, with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

//
//
//
//

*Pinkerton Theory of Liability*

Count II is subject to a *Pinkerton* theory of liability.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓
Bail: _____

3