IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-146-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| BONIFACIO MEDINA, | |
| Defendant. | |

Pending before the Court is the United States' Unopposed Motion to Dismiss the Indictment Without Prejudice (Doc. 44). For good cause being shown,

IT IS HEREBY ORDERED that the motion to dismiss the indictment without prejudice against defendant Bonifacio Medina is **GRANTED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 16th day of November, 2020.

SUSAN P. WATTERS
United States District Judge

1